April 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VICNRG LLC, Appellant

NO. 14-15-00194-CV                    V.

FCSTONE, LLC, FCSTONE TRADING, LLC AND FCSTONE GROUP, INC.,
Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on October 29, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, VicNRG LLC.

We further order this decision certified below for observance.